IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| TIFTON DOBBS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 3:15-CV-027-WKW |
| | ) |
| CITY OF LANETT, ALABAMA, | ) |
| *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

On June 24, 2015, the Magistrate Judge filed a Recommendation (Doc. # 6), to which no timely objections have been filed.  Upon an independent review of the file and upon consideration of the Recommendation, it is ORDERED that the Recommendation is ADOPTED and that Plaintiff Tifton Dobbs's Title VII claims are DISMISSED without prejudice in light of Mr. Dobbs's abandonment of his claims.

A separate final judgment will be entered.

DONE this 15th day of July, 2015.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE